UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONIQUE ROBINSON Claimant,<br>JULIAN MCNEIL,<br>UNITED STATES OF AMERICA Claimant,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON TOWNSHIP OF INDIANA,<br>COUNTY OF MARION,<br>DONALD WILLIAM DEBONE,<br>STEVEN G. POORE,<br>BRANDI SNEAD,<br>LANDMAN BEATTY LAWYERS, LLP,<br>ORLOFF PROPERTY MANAGEMENT,<br><br>Defendants. | No. 1:23-cv-00936-TWP-MG |

**ORDER DENYING MOTION TO PROCEED ON APPEAL *IN FORMA PAUPERIS***

The Court issued an Order on July 27, 2023, screening the complaint and finding this action is subject to dismissal for lack of jurisdiction pursuant to U.S.C. § 1915(e)(2)(B) because of a failure to state a claim upon which relief may be granted. [Filing No. 8.] On July 28, 2023, the Plaintiffs filed a Notice to Principal, a Writ of Extraordinary Demands, and a Power of Attorney in Fact & Hold Harmless/Indemnity Identities. [Filing No. 9.] The Court found this filing similarly deficient as it failed to address or cure the problems of the initial Complaint by continuing to fail to state a claim upon which relief may be granted and not properly alleging diversity of citizenship. [Filing No. 10.] Final Judgment was issued on August 2, 2023. [Filing No. 11.] *Pro se* Plaintiff, Monique Robinson filed a Notice of Appeal contesting the dismissal of the complaint. [Filing No. 13.] Pending now before the court is Ms. Robinson's motion to proceed on appeal *in forma pauperis*. [Filing No. 12.]

When a party files a motion for leave to proceed *in forma pauperis* on appeal, the court must determine whether the appeal is being taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A); *Lee v. Clinton*, 209 F.3d 1025, 1026–27 (7th Cir. 2000). That requires determining whether the appeal is frivolous. *Lee*, 209 F.3d at 1027; *cf. United States v. Guerrero*, 870 F.3d 395, 396 (5th Cir. 2017) ("Our inquiry into good faith is limited to whether the appeal involves legal points arguable on their merits.") (cleaned up).

In her notice, Ms. Robinson identifies a single issue for appeal: "The State Court lacks jurisdiction in matters where equity is involved therefore the judgment rendered in this case should not be applicable." [Filing No. 13.] While Ms. Robinson clearly disagrees with the Court's dismissal of this action, her general assertion does not present an arguable basis for overturning the Court's analysis of the claims. In pursuing an appeal, therefore, the petitioner "is acting in bad faith ... [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee*, 209 F.3d at 1026. Ms. Robinson's appeal lacks merit or a non-frivolous legal basis.

Accordingly, because Ms. Robinson's appeal is not taken in good faith, her motion to proceed on appeal *in forma pauperis*, [12], is **DENIED.**

Date: 9/14/2023

                                                Mario Garcia
                                                United States Magistrate Judge
                                                Southern District of Indiana

**<u>Distribution via U.S. Mail:</u>**

MONIQUE ROBINSON
5243 Luzzane Drive
Apt. 608
Indianapolis, IN 46220

JULIAN MCNEIL
5243 Luzzane Dr.
Apt. 608
Indianapolis, IN 46220

Donald W. DeBone
LANDMAN BEATTY, LAWYERS, LLP
9100 Keystone Crossing
Suite 870
P.O. Box 40969
Indianapolis, IN 46240